IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARK FITZHENRY, individually and on behalf of a class of all persons and entities similarly situated, | : : : | Case No. 1:21-cv-2345 |
| | : | Judge John Z. Lee |
| Plaintiff, | : : | Magistrate Judge Beth W. Jantz |
| v. | : : | |
| FIRST IMPRESSION INTERACTIVE, INC., JEFFREY GILES and STVT-AAI EDUCATION, INC. d/b/a ANCORA EDUCATION | : : : : | |
| Defendants. | : : / | |

## JOINT STATUS REPORT

The parties submit the filling joint status report required by this Court's prior Order (ECF No. 66):

MINUTE entry before the Honorable Beth W. Jantz: Status hearing held on 6/28/2022. Plaintiff and Defendants First Impression and Giles are to continue to meet and confer about their outstanding disputes with respect to jurisdictional discovery. A joint status report is due by 7/8/2022 on those issues, as well as whether the parties have been able to make any progress on settlement talks, particularly given the proportionality concerns of ongoing litigation.

Following the hearing, the Plaintiff submitted a settlement offer to STVT-AAI Education, Inc. d/b/a Ancora Education ("Ancora"). The Plaintiff followed up with counsel of record for Ancora and the remaining defendants regarding their response. Ancora has indicated that it is not willing to engage in settlement discussions at this time. Defendants First Impression Interactive, Inc. and Jeffrey Giles have settled their claims with the Plaintiff.

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


DEFENDANTS:
First Impression Interactive, Inc. and Jeffrey Giles
By their attorney

*/s/ Michael J. Morrisroe*
Michael J. Morrisroe
Morrisroe & Associates, Ltd.
143 N. Bloomingdale Road
Bloomingdale, Illinois 60108
(630) 539-0880
mjm@morrisroelaw.com

Defendant STVT-AAI EDUCATION, INC. d/b/a ANCORA EDUCATION ("Ancora Education")

/s/ Dawn Holiday

Dawn Holiday
Lionel M. Schooler
Jackson Walker
1401 McKinney St., Suite 1900
Houston, Texas 77010
(713)752-4273
dholiday@jw.com
lschooler@jw.com

Local Counsel:
Jeffrey Fowler
Laner Muchin Ltd.
515 N. State Street
Suite 2800
Chicago, IL 60654-4688
(312) 494-5360
jfowler@lanermuchin.com