IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARK FITZHENRY, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | Case No. 1:21-cv-2345 |
| | : | Judge John Z. Lee |
| Plaintiff, | : : | |
| v. | : : | |
| FIRST IMPRESSION INTERACTIVE, INC., JEFFREY GILES and STVT-AAI EDUCATION, INC. d/b/a ANCORA EDUCATION | : : : : | |
| Defendants. | : / | |

# JOINT STATUS REPORT

The parties submit the filling joint status report required by this Court's prior Order:

**I.** **The current deadlines imposed by the Court and whether the matter has been referred to the Magistrate Judge in any fashion (e.g., for discovery supervision; for resolution of a motion; for settlement; etc.)**

There are no current deadlines, the case has been referred to Magistrate Judge Jantz for discovery supervision.

**II.** **The progress of discovery, if discovery is ongoing**

The parties have been engaging in jurisdictional discovery.

**III.** **The status of briefing on unresolved motions, if any**

None.

**IV.** **Whether the parties have engaged or are engaging in settlement discussions and the status of those discussions**

The Plaintiff has resolved their claims with First Impression Interactive, Inc. and Jeffrey Giles. STVT-AAI Education, Inc. recently revealed to the parties and the Court that it was not interested in any settlement discussions at this time.

**V.** **For cases without any future court dates, an agreed proposed schedule**

N/A

**VI.** **For cases that have future court dates and if the parties believe there is good cause to extend the current deadlines, a proposed amended schedule and the basis for the <u>request</u>**

N/A

**VII.** **Whether the parties believe a telephonic hearing or in−person hearing is necessary within the next 60 days, and, if so, the issue(s) that warrants discussion and the <u>parties' respective positions</u>**

The parties are not requesting a hearing.

    PLAINTIFF,
    By his attorneys

    */s/ Anthony I. Paronich*
    Anthony I. Paronich
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    (508) 221-1510
    anthony@paronichlaw.com

    DEFENDANTS:
    First Impression Interactive, Inc. and Jeffrey Giles
    By their attorney

    */s/ Michael J. Morrisroe*
    Michael J. Morrisroe
    Morrisroe & Associates, Ltd.
    143 N. Bloomingdale Road
    Bloomingdale, Illinois 60108
    (630) 539-0880
    mjm@morrisroelaw.com

    Defendant STVT-AAI EDUCATION, INC. d/b/a ANCORA EDUCATION ("Ancora Education")

    /s/ Dawn S. Holiday
    Dawn S. Holiday
    Lionel M. Schooler
    Jackson Walker
    1401 McKinney St., Suite 1900
    Houston, Texas 77010
    (713)752-4273
    dholiday@jw.com
    lschooler@jw.com

Local Counsel:
Jeffrey Fowler
Laner Muchin Ltd.
515 N. State Street
Suite 2800
Chicago, IL 60654-4688
(312) 494-5360
jfowler@lanermuchin.com

33347712v.1