**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MARK FITZHENRY, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | Case No. 1:21-cv-2345 |
| | : | Judge John Z. Lee |
| Plaintiff, | : : | Magistrate Judge Beth W. Jantz |
| v. | : : | |
| FIRST IMPRESSION INTERACTIVE, INC., JEFFREY GILES and STVT-AAI EDUCATION, INC. d/b/a ANCORA EDUCATION | : : : : | |
| Defendants. | : / | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Mark Fitzhenry gives notice of the dismissal without prejudice of all claims by Plaintiff against Defendant STVT-AAI Education, Inc. d/b/a Ancora Education.

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com