### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARK FITZHENRY, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | Case No. 1:21-cv-2345 |
| | : | Judge John Z. Lee |
| Plaintiff, | : : | Magistrate Judge Beth W. Jantz |
| v. | : : | |
| FIRST IMPRESSION INTERACTIVE, INC., JEFFREY GILES and STVT-AAI EDUCATION, INC. d/b/a ANCORA EDUCATION | : : : : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Mark Fitzhenry and Defendants First Impression Interactive, Inc. and Jeffrey Giles stipulate to the dismissal of all claims by Plaintiff against these Defendants without prejudice. Unless either party seeks to reopen the case prior to October 31, 2022, the parties agree that the dismissal of Plaintiff's claims individually shall be converted to a dismissal with prejudice and the dismissal of the putative class's claims shall remain without prejudice.

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


DEFENDANTS:
First Impression Interactive, Inc. and Jeffrey Giles
By their attorney

*/s/ Michael J. Morrisroe*
Michael J. Morrisroe
Morrisroe & Associates, Ltd.
143 N. Bloomingdale Road
Bloomingdale, Illinois 60108
(630) 539-0880
mjm@morrisroelaw.com