## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Mark Fitzhenry

                                        Plaintiff,

v.                                                     Case No.: 1:21−cv−02345

                                                                         Honorable John Z. Lee

First Impression Interactive, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 21, 2022:

      MINUTE entry before the Honorable John Z. Lee:Pursuant to the stipulation of dismissal, all claims against all defendants are dismissed without prejudice. Unless either party seeks to reopen the case, the dismissal of claims against Defendants First Impression Interactive, Inc. and Jeffrey Giles shall become with prejudice on November 1, 2022. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.